IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 18-37 |
| v. ) | Judge Nora Barry Fischer |
| ALEXANDRAS PANOVAS ) | Magistrate Judge Lisa Lenihan |
| ) | |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: __JAMES W. KRAUS__        AUSA: __Charles Eberle__

1. Date of arraignment: __3/1/19__

2. Defendant is:    __X__ incarcerated.
                    ____ on bond.

3. Defendant entered a plea of **NOT GUILTY** .

4. The parties were advised that all pretrial motions must be filed within fourteen (14) days.

5. A Rule 16 conference:    ____ has been held        __X__ has not been held.

6. Discovery is:            ____ completed            __X__ not completed.

*Rule 16 Receipt to be filed within 7 days*

7. Defendant has requested to be tried by: __X__ Jury     ____ non-Jury.

8. All parties have been advised that the matter:
   ____ has been scheduled for trial for _____ .
   ____ has not been scheduled for trial.
   __X__ has not been scheduled for trial, but will be notified.

9. Estimated trial length for:  1) Government: __1 WEEK__ .
                                2) Defendant:  __3 DAYS__ .

10. Defendant    ____ has been processed by US Marshal.
                 __X__ has not been processed by US Marshal, but has been advised to be processed.

                                                s/Lisa Pupo Lenihan
                                                United States Magistrate Judge

cc: Judge __Fischer__ .